IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO. 11-00102-CG |
| | * | |
| MARTIN LEDEZMA-DOMINGUEZ and JOSE MANUEL RUVIRA-GONZELEZ | * * * | |
| | * | |
| Defendants. | * | |

**FINAL JUDGMENT OF FORFEITURE**

**WHEREAS**, on June 28, 2011, a jury found the defendants guilty as to Counts One and Two of the Superseding Indictment. The defendants, **MARTIN LEDEZMA-DOMINGUEZ and JOSE MANUEL RUVIRA-GONZELEZ**, did not contest the forfeiture of the proceeds and forfeited to the United States all of their right, title, and interest to all property which is set forth in the Forfeiture Notice of the Superseding Indictment and which is forfeitable to the United States pursuant to Title 21, U.S.C., § 853, to forfeit the following property:

> **(1) $4,772.00 (Four thousand, seven hundred seventy-two and 00/100 dollars) in United States currency seized from the defendants, MARTIN LEDEZMA-DOMINGUEZ and JOSE MANUEL RUVIRA-GONZELEZ.**

**WHEREAS**, The United States properly published notice of the forfeiture of the above described property and the requirements for filing a claim for the property for 30 consecutive days starting July 5, 2011, on www.forfeiture.gov. A Proof of Publication was filed on August 8, 2011, (Doc. 64), specifying the details of

this publication.  No third-parties have come forward to assert an interest in the subject property in the time required under Title 21, U.S.C, § 853(n).

**NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the following property is forfeited to The United States of America pursuant to Title 21, U.S.C., § 841(a)(1) and 853, and Federal Rule of Criminal Procedure 32.2(b), for disposition according to law:

> **(1) $4,772.00  (Four thousand, seven hundred seventy-two and 00/100 dollars) in United States currency seized from the defendants, MARTIN LEDEZMA-DOMINGUEZ and JOSE MANUEL RUVIRA-GONZELEZ.**

**IT IS FURTHER ORDERED** that the Court shall retain jurisdiction in the case for the purpose of enforcing this Order; and

**IT IS FURTHER ORDERED** that the Clerk of the Court shall forward three (3) certified copies of this Order to Assistant United States Attorney Sean P. Costello.

**DONE** and **ORDERED** this the 8th day of September, 2011.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE